# DISCIPLINARY CASES

**2007–1454.  Disciplinary Counsel v. Glover.**
This cause came on for further consideration upon the filing by respondent on November 13, 2007, of a motion for reconsideration. Upon consideration thereof,
   It is ordered by the court that the motion for reconsideration in this case is denied.

# MISCELLANEOUS DISMISSALS

**2007–1631.  Tuohy v. Taylor.**
Defiance App. No. 4–06–23, 2007-Ohio-3597. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1881.  Tuohy v. Taylor.**
Defiance App. No. 4–06–23, 2007-Ohio-3597. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Defiance County. Upon consideration of appellants' application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS
*December 14, 2007*

[Cite as *12/14/2007 Case Announcements,* 2007-Ohio-6659.]

# MOTION AND PROCEDURAL RULINGS

**2007–0895.  In re L.A.B.**
Summit App. No. 23309, 2007-Ohio-1479. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in *In re C.S.,* 115 Ohio St.3d 267, 874 N.E.2d 1177, 2007-Ohio-4919, and briefing shall proceed.
   It is further ordered by the court that the briefing in this cause and 2007–0912, *In re L.A.B.,* Summit App. No. 23309, 2007-Ohio-1479, shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.
   It is further ordered that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Summit County.